# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL MONCAK, | |
| Plaintiff, | CIVIL ACTION NO. 3:15-cv-01998 |
| v. | (SAPORITO, M.J.) |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

## ORDER

AND NOW, this 31st day of March, 2017, upon consideration of the cross motions for summary judgment filed by the parties, (Doc.17; Doc. 20), and consistent with the Memorandum docketed simultaneously herewith, it is hereby ORDERED as follows:

1. The motion for summary judgment filed by the defendant, Liberty Life Assurance Company of Boston, is GRANTED;

2. The motion for summary judgment, filed by the plaintiff, Carol Moncak is DENIED;

3. The clerk is directed to enter judgment in favor of the defendant, Liberty Life Assurance Company of Boston, and against the plaintiff, Carol Moncak; and

    4. The clerk is directed to close this case.

                                            ***s/ Joseph F. Saporito, Jr.***
                                            JOSEPH F. SAPORITO, JR.
                                            U.S. Magistrate Judge

Dated: March 31, 2017